UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GREGORY P. BOWES and<br>CHRISTOPHER K. STARKEY, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| | ) | 1:14-cv-01322-RLY-DML |
| vs. | )<br>) | |
| INDIANA SECRETARY OF STATE, in<br>her official capacity;<br>INDIVIDUAL MEMBERS OF THE<br>INDIANA ELECTION COMMISSION, in<br>their official capacities;<br>GOVERNOR OF THE STATE OF<br>INDIANA, in his official capacity<br>CLERK OF MARION COUNTY; in her<br>official capacity; and<br>INDIVIDUAL MEMBERS OF MARION<br>COUNTY ELECTION BOARD, in their<br>official capacities, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

Comes now the court, having this day granted the Defendants' Motion for Summary Judgment, and enters final judgment in their favor, and against the Plaintiffs herein, Gregory P. Bowes and Christopher K. Starkey.

**SO ORDERED** this 18th day of May 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

1

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk


Distributed Electronically to Registered Counsel of Record.